IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| BIBI JAGGERNAUTH,<br><br>Plaintiff,<br><br>v.<br><br>DENTISTRY OF TAVARES, LLC,<br><br>Defendant. | Case No.: 5:26-cv-00311-JSM-PRL |

---

**DEFENDANT'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

Defendant, DENTISTRY OF TAVARES, LLC ("Defendant"), by and through undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.03, M.D. Fla., files this Disclosure Statement and states as follows:

## I. Rule 7.1(a)(1) — Parent Corporation and Publicly Held Stock

Defendant is a Florida limited liability company. Defendant has no parent corporation, and no publicly held corporation owns ten percent (10%) or more of Defendant's stock or membership interests.

## II. Rule 7.1(a)(2) — Citizenship

Rule 7.1(a)(2) applies only where jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a). Jurisdiction in this action is premised on a federal question under 28 U.S.C. § 1331, with supplemental jurisdiction under 28 U.S.C. § 1367. No citizenship disclosure is therefore required.

## III. Local Rule 3.03(a)(1) — Interested Persons and Entities

The following is a complete list of each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome of this action:

| | |
|---|---|
| 1. Jaggernauth, Bibi | — Plaintiff |
| 2. Emanuel Kataev, Esq<br>for pro hac vice admission | — Counsel for Plaintiff who never moved |
| 3. David Pinkhasov, Esq. | — Counsel for Plaintiff |
| 4. Dentistry of Tavares, LLC | — Defendant |
| 5. Montazer, Ardalan, Esq. | — Counsel for Defendant |
| 6. Rubin, Jonathan, Esq. | — Counsel for Defendant |
| 7. Dr. Clement Contestable | — Owner of Defendant |

## IV. Local Rule 3.03(a)(2) — Entities with Publicly Traded Shares or Debt

Defendant is not aware of any entity with publicly traded shares or debt potentially affected by the outcome of this action.

## V. Local Rule 3.03(a)(3) — Additional Entities Likely to Actively Participate

Defendant is not aware of any additional entity likely to actively participate in this action other than those identified in Section III above. This action is not a class action.

## VI. Local Rule 3.03(a)(4) — Persons Arguably Eligible for Restitution

Defendant is not aware of any person arguably eligible for restitution in this action.

## VII. Certification and Continuing Duty to Supplement

Undersigned counsel certifies that, except as disclosed above, Defendant is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. Defendant further acknowledges its continuing obligation under Local Rule 3.03(e) to file a supplemental disclosure statement within fourteen (14) days after a change to the information required by this statement.

Dated: August 6, 2026

Respectfully Submitted,

/s____________________
ARDALAN MONTAZER, ESQ.
Florida Bar No.: 1013546
JONATHAN RUBIN, ESQ.
Florida Bar No.: 644110
GMA LAW, PLLC
Counsel for Defendant,
Dentistry of Tavares, LLC
111 N Orange Ave Ste 800
Orlando, FL 32801-2381
Phone: (561) 213-2912
Email: am@gma.law
La2@gma.law
eservice@gma.law

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2026, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ ______________________________
Ardalan Montazer, Esq.